UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELLING ENGINE PARTS,

Plaintiff,

-v.-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26 Civ. 7009 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiff has submitted applications (i) to file under seal Schedule A to the Complaint, Exhibit 2 to the Declaration of Markk Mandrick, and Exhibit 1 to the Declaration of Yingchun Hou (Dkt. #10); and (ii) to submit an oversized brief in support of its motion for a temporary restraining order and preliminary injunction (Dkt. #11). Those applications are GRANTED.

The Clerk of Court is directed to terminate the pending motions at docket entries 10 and 11.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge