AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Melling Engine Parts
*Plaintiff*
v.
The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A To The Complaint
*Defendant*

Case No. 1:26cv7009

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LYEBOOR and Defendant QINCHYE .

Date: August 24, 2026

/s/ Ge (Linda) Lei
*Attorney's signature*

Ge (Linda) Lei, NY Bar No.: 5753223
*Printed name and bar number*

Getech Law LLC
203 N LaSalle St., Suite 2100,
Chicago, IL 60601
*Address*

linda.lei@getechlaw.com
*E-mail address*

3128886633
*Telephone number*

2179701066
*FAX number*

Print Save As... Reset