**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Case No. 1:26-cv-07009-KPF

MELLING ENGINE PARTS,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.
________________________________________/

**ORDER MODIFYING ASSET RESTRAINT**
**AS TO DEFENDANT GledewenDirect**

THIS MATTER comes before the Court on the Stipulation to Modify Asset Restraint as to Defendant GledewenDirect (Amazon Seller ID: AD3YIXRRWXZZI) submitted by Plaintiff Melling Engine Parts and Defendant GledewenDirect.

The Court has reviewed the Joint Motion and is otherwise fully advised. Good cause appearing, it is hereby

ORDERED as follows:

1. The asset restraint / freeze applicable to Defendant GledewenDirect is hereby modified and limited to the total sum of Thirty Thousand Dollars ($30,000.00).
2. Any funds, accounts, or assets of Defendant GledewenDirect currently restrained or frozen in excess of $30,000.00 are hereby released from the restraint.

3. All financial institutions, payment processors, online marketplaces (including Amazon.com and its affiliates), and any other third parties holding funds or assets of Defendant GledewenDirect are authorized and directed to release any amounts exceeding $30,000.00 upon receipt of this Order.

4. The remaining $30,000.00 shall continue to be restrained pending further order of the Court or final resolution of this action.

5. Defendant GledewenDirect shall not oppose entry of the Temporary Restraining Order or the Preliminary Injunction in this action, consistent with the parties' Stipulation.

6. This Order applies only to Defendant GledewenDirect and does not modify any restraint or relief as to any other Defendant.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

**SO ORDERED.**

Dated: August 26, 2026
New York, New York

Katherine Polk Failla

Hon. Katherine Polk Failla
United States District Judge