**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MELLING ENGINE PARTS,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS INDEITIFED ON SCHEDULE "A",

Defendants.

Case No. 1:26-cv-07009-KPF

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Melling Engine Parts voluntarily dismisses the following Defendants listed on the Schedule A to the Complaint without prejudice:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 9 | Bopowo | https://www.amazon.com/sp?seller=A70K7FHL5Q1NE |
| 21 | HOPE YOU READY | https://www.amazon.com/sp?seller=AKSF060AQH7DE |
| 28 | LYEBOOR | https://www.amazon.com/sp?seller=A29A509HR8CHQU |
| 33 | QINCHYE | https://www.amazon.com/sp?seller=A126OV8R2L4AF4 |
| 34 | RedCherry-US | https://www.amazon.com/sp?seller=AVTQ739CQVIO2 |

Dated: September 2, 2026

Respectfully submitted,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff MELLING ENGINE PARTS*