**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

MELLING ENGINE PARTS,
Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,
Defendants.

Case No. 1:26-CV-07009

**ORDER FOR ADMISSION**

**PRO HAC VICE**

The motion of Pro Hac Vice filed by Qing Chen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of California; and her contact information is as follow:

Applicant's Name: Qing Chen

Firm Name: Stepin Law P.C.

Address: 16185 Los Gatos Blvd., suit 205

City/State/Zip: Los Gatos, CA, 95032

Telephone/Fax: 408-410-2870

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for 23 defendants, YOMALL-US(Amazon seller ID AM8HOA86B3KDO), POLARPRA-US (Walmart seller ID 10001505104), AutomotorHive (eBay seller ID AutomotorHive), autotogoforu-1(eBay seller ID bjtzu55), roadsongpart (eBay seller ID roadsongpart), afterautomeeu (eBay seller ID afterautomeeu), rcars-auto-parts (eBay seller ID rcars-auto-parts), automallforu25 (eBay seller ID automallforu25), autopa4209 (eBay seller ID autopa4209), i_sinautopart9 (eBay seller ID i_sinautopart9), sinoelect-premium-auto (eBay seller ID sinoelect-premium-auto), dynamicpioneer (eBay seller ID dynamicpioneer), DriveTechStation (eBay seller ID DriveTechStation), powerautohome (eBay seller ID powerautohome), pspumppro (eBay seller ID pspumppro), efficientdrive (eBay seller ID efficientdrive), PartPulseGarage (eBay seller ID PartPulseGarage), AQS4768 (eBay seller ID AQS4768), cmp_heavy_equipment_parts (eBay seller ID cmp_heavy_equipment_parts), cmppartsusa (eBay seller ID cmppartsusa), cmp_engine_parts (eBay seller ID cmp_engine_parts), RoadAutoSupplies (eBay seller ID RoadAutoSupplies), vehiculos-official-store (eBay seller ID vehiculos-official-store) in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 42.

Dated: September 4, 2026

United States District Judge