UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

MELLING ENGINE PARTS,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

-----------------------------------------------------------

Case No. 1:26-cv-07009-KPF

**ORDER MODIFYING ASSET RESTRAINT AS TO DEFENDANT BRTEC AUTOPARTS**

THIS MATTER comes before the Court on the Joint Motion to Modify Asset Restraint as to Defendant BRTEC AutoParts (Amazon Merchant Token: ACN8BLIDKALYQ) submitted by Plaintiff Melling Engine Parts and Defendant BRTEC AutoParts.

The Court has reviewed the Stipulation and is otherwise fully advised. Good cause appearing, it is hereby ORDERED as follows:

1. The asset restraint / freeze applicable to Defendant BRTEC AutoParts is hereby modified and limited to the total sum of $5,000.00.

2. Any funds, accounts, or assets of Defendant BRTEC AutoParts currently restrained or frozen in excess of that sum are hereby released from the restraint.

3. All financial institutions, payment processors, online marketplaces (including Amazon.com and its affiliates), and any other third parties holding funds or assets of Defendant BRTEC AutoParts are authorized and directed to release any amounts exceeding that sum, including amounts hereafter accruing to the account associated with Amazon Merchant Token ACN8BLIDKALYQ in excess of that sum, upon receipt of this Order.

4. The remaining restrained sum shall continue to be restrained pending further order of the Court or final resolution of this action.

5. Defendant BRTEC AutoParts shall not oppose entry of the Temporary Restraining Order or the Preliminary Injunction in this action, consistent with the parties' Stipulation.

6. This Order applies only to Defendant BRTEC AutoParts and does not modify any restraint or relief as to any other Defendant.

7. Counsel for Plaintiff shall serve a copy of this Order on Amazon.com, Inc. and Amazon Payments, Inc. at the addresses each has designated for service of legal process within three (3) business days of entry, and shall copy counsel for Defendant BRTEC AutoParts on the transmittal effecting such service. Nothing in this Order precludes Defendant BRTEC AutoParts from also serving a copy of this Order on Amazon.com, Inc. or Amazon Payments, Inc.

The Clerk of Court is directed to terminate the pending motion at docket entry 54.

SO ORDERED.

Dated: September 9, 2026
New York, New York

Katherine Polk Failla

Hon. Katherine Polk Failla
United States District Judge