**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MELLING ENGINE PARTS,

**Case No. 1:26-cv-07009-KPF**

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.

_______________________________________/

## JOINT MOTION TO MODIFY ASSET RESTRAINT AS TO DEFENDANT RUIANOMG MOTOR

Plaintiff Melling Engine Parts ("Plaintiff") and Defendant RUIANOMG MOTOR (Amazon Store ID: A393WHM1TVH87E) ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff has sought, and the Court has entered or is considering, a Temporary Restraining Order ("TRO") and/or Preliminary Injunction ("PI") that includes an asset restraint / freeze applicable to Defendant.

2. In the interest of efficiency and to narrow the issues, the parties agree that the asset restraint applicable to Defendant RUIANOMG MOTOR shall be modified and limited to the sum of Twenty Thousand Dollars ($20,000.00).

3. Any funds, accounts, or assets of Defendant RUIANOMG MOTOR that are currently restrained or frozen in excess of $20,000.00 shall be released from the restraint, and the

applicable financial institutions, payment processors, and online marketplaces (including but not limited to Amazon) are authorized and directed to release such excess funds upon receipt of this Stipulation and the Court's Order approving it.

4. In consideration of the foregoing modification, Defendant RUIANOMG MOTOR agrees that it will not oppose entry of the Temporary Restraining Order or the Preliminary Injunction in this action (except for the asset restraint as modified herein).

5. This Stipulation is limited to Defendant RUIANOMG MOTOR and does not affect any other Defendant or any other relief sought by Plaintiff.

6. The parties request that the Court enter an Order approving this Stipulation and modifying the asset restraint accordingly.

Dated: Sept. 11, 2026

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
(Pro Hac Vice admitted)
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com
Counsel for Defendant RUIANOMG MOTOR

/s/ Martin Yi
Martin Yi, Esq.
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212-446-2392
myi@bsfllp.com
Counsel for Plaintiff Melling Engine Parts

## CERTIFICATE OF SERVICE

I hereby certify that on Sept. 11, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

/s/ Jianyin Liu