**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Case No. 1:26-cv-07009-KPF

MELLING ENGINE PARTS,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.
_______________________________________/

**[PROPOSED] ORDER MODIFYING ASSET RESTRAINT AS TO DEFENDANT RUIANOMG MOTOR**

THIS MATTER comes before the Court on the Stipulation to Modify Asset Restraint as to Defendant RUIANOMG MOTOR (Amazon Store ID: A393WHM1TVH87E) submitted by Plaintiff Melling Engine Parts and Defendant RUIANOMG MOTOR.

The Court has reviewed the Joint Motion and is otherwise fully advised. Good cause appearing, it is hereby

ORDERED as follows:

1. The asset restraint / freeze applicable to Defendant RUIANOMG MOTOR is hereby modified and limited to the total sum of Twenty Thousand Dollars ($20,000.00).
2. Any funds, accounts, or assets of Defendant RUIANOMG MOTOR currently restrained or frozen in excess of $20,000.00 are hereby released from the restraint.

3. All financial institutions, payment processors, online marketplaces (including Amazon.com and its affiliates), and any other third parties holding funds or assets of Defendant RUIANOMG MOTOR are authorized and directed to release any amounts exceeding $20,000.00 upon receipt of this Order.

4. The remaining $20,000.00 shall continue to be restrained pending further order of the Court or final resolution of this action.

5. Defendant RUIANOMG MOTOR shall not oppose entry of the Temporary Restraining Order or the Preliminary Injunction in this action, consistent with the parties' Stipulation.

6. This Order applies only to Defendant RUIANOMG MOTOR and does not modify any restraint or relief as to any other Defendant.

**SO ORDERED.**

Dated: _______________, 2026
New York, New York

_________________________________
Hon. Katherine Polk Failla
United States District Judge