AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

MELLING ENGINE PARTS

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

*Defendant(s)*

Civil Action No. 1:26-cv-07009-KPF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Garage-send

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin Yi
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 10, 2026

/S/ S. James
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-07009-KPF

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Garage-send
was received by me on *(date)* 09/10/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:On September 7, 2026, I caused an email sent containing the Complaint, Order to Show Cause ("OSC"), Order extending the temporary restraining order, and a link to a website containing those pleadings to the email addresses provided by Amazon, eBay & Walmart for defendants listed on the Schedule A to the Complaint, as permitted by the OSC. On September 10, as soon as the Summons was issued by the Court, I caused an email containing the above and the Summons to be sent.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

/s/ Martin Yi
*Server's signature*

Martin Yi, Plaintiff's attorney
*Printed name and title*

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELLING ENGINE PARTS,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No.: 1:26-cv-07009

**SCHEDULE A TO COMPLAINT**

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 1 | Armker-zy | https://www.amazon.com/sp?seller=AC66K582OAF5B |
| 2 | AUCERAMIC | https://www.amazon.com/sp?seller=ACU7Z7AQT6BWQ |
| 3 | AULINK | https://www.amazon.com/sp?seller=A22Z89JXVTRO8D |
| 4 | AUTO OCCASION | https://www.amazon.com/sp?seller=AFNM0WDLNROJG |
| 5 | AUTOKAY | https://www.amazon.com/sp?seller=A3062TSEQWAA1I |
| 6 | Aynaxcol | https://www.amazon.com/sp?seller=A1J8SPPG3KW8V1 |
| 7 | Benefast Auto Parts | https://www.amazon.com/sp?seller=A1JPDENA3FRR41 |
| 8 | Bicos Auto Parts | https://www.amazon.com/sp?seller=A9WGCA5LDF56N |
| 9 | Bopowo | https://www.amazon.com/sp?seller=A70K7FHL5Q1NE |
| 10 | BRTEC AutoParts | https://www.amazon.com/sp?seller=ACN8BLIDKALYQ |
| 11 | BTSCAR | https://www.amazon.com/sp?seller=AWL2BSA37B07O |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 12 | CYTROBE AUTO PARTS | https://www.amazon.com/sp?seller=AHBT7ZTISQUJI |
| 13 | EATAKWARD | https://www.amazon.com/sp?seller=A3NR7CVKA11I0S |
| 14 | EngineWorldPro | https://www.amazon.com/sp?seller=A243AIJJV4RLAC |
| 15 | FANHAY | https://www.amazon.com/sp?seller=A3FD81C40SZFJB |
| 16 | Fengyun Trading Parts | https://www.amazon.com/sp?seller=A2YG3NGC4FIFX3 |
| 17 | GDUKOP AUTO | https://www.amazon.com/sp?seller=AORIFUQ7N1R6X |
| 18 | GledewenDirect | https://www.amazon.com/sp?seller=AD3YIXRRWXZZI |
| 19 | guangzhouxiuhaoshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=AYJT4FZ9QALXP |
| 20 | Haruma Autoparts | https://www.amazon.com/sp?seller=AQNNY6DLC8CN3 |
| 21 | HOPE YOU READY | https://www.amazon.com/sp?seller=AKSF060AQH7DE |
| 22 | JAVOUKA-US | https://www.amazon.com/sp?seller=A56P27EA1ASRY |
| 23 | KAVETAL | https://www.amazon.com/sp?seller=A1V45F8YI1AQ96 |
| 24 | labwork-parts | https://www.amazon.com/sp?seller=A23MTL1LIY6YXM |
| 25 | linyingxianmengzhushangmaoyouxian | https://www.amazon.com/sp?seller=A2WFINDKYVMQTT |
| 26 | LIU-XIAO YAN | https://www.amazon.com/sp?seller=AUC7OQ9P7ANF7 |
| 27 | LoloWheat | https://www.amazon.com/sp?seller=A28XY9IFBH0Q9D |
| 28 | LYEBOOR | https://www.amazon.com/sp?seller=A29A509HR8CHQU |
| 29 | maXpeedingrods-us | https://www.amazon.com/sp?seller=A16Q4TFOMCO1A |
| 30 | MingSuper | https://www.amazon.com/sp?seller=A31FKW71RW4QJZ |
| 31 | OXCANO AUTO PARTS | https://www.amazon.com/sp?seller=A71RMX6UHG7CS |
| 32 | PANNUOSCS | https://www.amazon.com/sp?seller=ACVXWFMXKJVO8 |
| 33 | QINCHYE | https://www.amazon.com/sp?seller=A126OV8R2L4AF4 |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 34 | RedCherry-US | https://www.amazon.com/sp?seller=AVTQ739CQVIO2 |
| 35 | repairbox | https://www.amazon.com/sp?seller=A1T4ZR7WZ7JXAL |
| 36 | RUIANOMG MOTOR | https://www.amazon.com/sp?seller=A393WHM1TVH87E |
| 37 | shengyuanxiaodian | https://www.amazon.com/sp?seller=A36T9PN5Z269A9 |
| 38 | ShenzhenshiJianpuDianshangKejiYouxianGongsi | https://www.amazon.com/sp?seller=A35KZJW56A43WH |
| 39 | VIPCAR Autoparts | https://www.amazon.com/spseller=A3FP8YGT5ROSQ4 |
| 40 | Vkinman | https://www.amazon.com/sp?seller=ATHLBQB0UP62Q |
| 41 | Wen Chao Auto | https://www.amazon.com/sp?seller=AOBA1A5KYCRHO |
| 42 | will be ok | https://www.amazon.com/sp?seller=A2F3BWG94NQGXX |
| 43 | X4XZ-AUTO | https://www.amazon.com/sp?seller=A3RIVV9Z6YZOFA |
| 44 | YIDEZU | https://www.amazon.com/sp?seller=ANLR4EZIXH403 |
| 45 | YOMALL-US | https://www.amazon.com/sp?seller=AM8HOA86B3KDO |
| 46 | ZenEngine | https://www.amazon.com/sp?seller=A2CYM3I9456ZXX |
| 47 | Zhendian | https://www.amazon.com/sp?seller=AZX5Q4AWK29EP |
| 48 | zhengzhoujuqishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A2C4XD1L842N23 |
| 49 | zhengzhoulanshuaishangmaoyouxian | https://www.amazon.com/sp?seller=A1O1WY7A4STOUN |
| 50 | zhengzhouyanxinshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A5YLZ88LG0KGT |
| 51 | zhoukouchangxishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=AB8K6H10QBO1R |
| 52 | 2023yunmaoe3 | https://www.ebay.com/str/2023yunmaoe3 |
| 53 | 2025-AutoParts_Hub (2025-speedauto) | https://www.ebay.com/str/2025autopartshub |
| 54 | Accessoryshopusa (accessoryshopusa) | https://www.ebay.com/str/accessoryshopusa |
| 55 | afterautomeeu | https://www.ebay.com/str/afterautomeeu |
| 56 | AHN-Autoparts (autohaven_9) | https://www.ebay.com/str/geargroove |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 57 | Ailow_autopart (best-autoparts46) | https://www.ebay.com/str/ailowautopart |
| 58 | aliautoparts | https://www.ebay.com/str/aliautoparts |
| 59 | aqs4768 | https://www.ebay.com/str/aqs4768 |
| 60 | ATTPARTS (attparts) | https://www.ebay.com/str/attparts |
| 61 | Auto Engine Parts (auto_engineparts) | https://www.ebay.com/str/autoenginepart |
| 62 | Auto ProParts-1 ( jang-519) | https://www.ebay.com/str/autoproparts1 |
| 63 | Auto_Part_Hive (auto-excel) | https://www.ebay.com/str/autoparthive |
| 64 | AutoHaven Pro (speed_auto2025) | https://www.ebay.com/str/autohavenpro |
| 65 | AutohouseUS (spitzenteile) | https://www.ebay.com/str/autohouseus |
| 66 | autokingdomno.1 | https://www.ebay.com/str/autokingdomno1 |
| 67 | automallforu25 | https://www.ebay.com/str/automallforu25 |
| 68 | AutomotorHive (automotorHive) | https://www.ebay.com/str/turboautopart1 |
| 69 | auto-opartsca | https://www.ebay.com/str/autoopartsca |
| 70 | autopa4209 | https://www.ebay.com/str/autopa4209 |
| 71 | autopart-advanced (oxilam-advanced) | https://www.ebay.com/str/oxilamadvanced |
| 72 | autopartofficialstore | https://www.ebay.com/str/autopartofficialstore |
| 73 | AutoPartPart (autopartpart) | https://www.ebay.com/str/autopartpart |
| 74 | autopartscenter1 | https://www.ebay.com/str/autopartscenter1 |
| 75 | autopart-sexcellentdeals | https://www.ebay.com/str/autopartsexcellentdeals |
| 76 | autopartsking | https://www.ebay.com/str/autopartsking |
| 77 | autoparts-top1 | https://www.ebay.com/str/autopartstop1 |
| 78 | autoplus-258 (autocarplus-258) | https://www.ebay.com/str/autoplus258 |
| 79 | AutoSuperMarket store (autosupermarket) | https://www.ebay.com/str/autosupermarketstore |
| 80 | AutoVeld (autoVeld) | https://www.ebay.com/str/zenqautoparts |
| 81 | Aux_partoutlets (aux_partoutlets) | https://www.ebay.com/str/auxpartoutlets |
| 82 | AUXITO CAR LED LIGHT ( car_replace_partxl) | https://www.ebay.com/str/auxitocarledlight |
| 83 | AUXITO LED LIGHT (autobus_xl) | https://www.ebay.com/str/auxitoledlight |
| 84 | AUXITO LED LIGHT BULB (auto_onlineshopxl) | https://www.ebay.com/str/auxitoledlightbulb |
| 85 | AUXITO_CAR PARTS (oxilam_part21) | https://www.ebay.com/str/oxilampart21 |
| 86 | auxito_store | https://www.ebay.com/str/auxitostore |
| 87 | auxito-autolighting | https://www.ebay.com/str/auxitoautolighting |
| 88 | BeurBestParts (beurbestparts) | https://www.ebay.com/str/beurbestparts |
| 89 | big-autoparts | https://www.ebay.com/str/bigautoparts |
| 90 | bigwheel-hou | https://www.ebay.com/usr/bigwheel-hou |
| 91 | bjtzu55 (autotogoforu-1) | https://www.ebay.com/str/bjtzu55 |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 92 | brightsheng | https://www.ebay.com/str/brightsheng |
| 93 | carlor-autoparts | https://www.ebay.com/str/carlorautoparts |
| 94 | carparsafer | https://www.ebay.com/str/carparsafer |
| 95 | Carpartswanasign (carpartswanasign) | https://www.ebay.com/str/carpartswanasign |
| 96 | carpartsworldus | https://www.ebay.com/str/carpartsworldus |
| 97 | CFAN-AUTOPARTS (car-fuan) | https://www.ebay.com/str/cfanautoparts |
| 98 | chaser-part (chaser-us) | https://www.ebay.com/str/chaserpart |
| 99 | CMP ENGINE PARTS (cmp_engine_parts) | https://www.ebay.com/str/sinocmpengineparts |
| 100 | CMP Heavy Equipment Parts (cmp_heavy_equipment_parts) | https://www.ebay.com/str/sinocmppartsca |
| 101 | cmppartsusa | https://www.ebay.com/str/sinocmppartsusa |
| 102 | Deacar007 (deacar007) | https://www.ebay.com/str/deacar007 |
| 103 | direktone | https://www.ebay.com/str/direktone |
| 104 | DKL2025_Autoparts (dikali2025_autoparts) | https://www.ebay.com/str/dkl2025autoparts |
| 105 | DriveTechStation (drivetechstation) | https://www.ebay.com/str/quaj27 |
| 106 | dynamicpioneer | https://www.ebay.com/str/dynamicpioneer |
| 107 | ECCPP-AUTOPARTS (eccppautoparts) | https://www.ebay.com/str/eccppautoparts |
| 108 | EfficientDrive (efficientdrive) | https://www.ebay.com/str/efficie42 |
| 109 | Fitzoneautoparts (fitzoneautoparts) | https://www.ebay.com/str/fitzoneautoparts |
| 110 | forbestauto | https://www.ebay.com/str/forbestauto |
| 111 | Garage-send (garage-send) | https://www.ebay.com/str/garagesend |
| 112 | gearautoparts | https://www.ebay.com/str/gearautoparts |
| 113 | geartronics-home | https://www.ebay.com/str/geartronicshome |
| 114 | global_autoparts-mall | https://www.ebay.com/str/globalautopartsmall |
| 115 | Han1 Auto Parts (twistt-75) | https://www.ebay.com/str/han1autoparts |
| 116 | HEKON Engine Parts (hekonengineparts) | https://www.ebay.com/str/hekonengineparts |
| 117 | hekonauto | https://www.ebay.com/str/hekonauto |
| 118 | hurpauto | https://www.ebay.com/str/hurpauto |
| 119 | hy-autoparts | https://www.ebay.com/str/hyautoparts |
| 120 | i_sinautopart9 | https://www.ebay.com/str/isinautopart9 |
| 121 | L.J AutoParts Market (l.j_autoparts) | https://www.ebay.com/str/ljautopartsmarket |
| 122 | LABLT (labltt) | https://www.ebay.com/str/oooptimistic |
| 123 | landscape-plus (land-scaper-6) | https://www.ebay.com/str/landscapeplus |
| 124 | lanfriend_autoparts (lanlanbinbin_autoparts) | https://www.ebay.com/str/lanfriendautoparts |
| 125 | lanfriend_diy | https://www.ebay.com/str/lanfrienddiy |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 126 | lightking2020 | https://www.ebay.com/str/lightking2020 |
| 127 | linshu4969 | https://www.ebay.com/usr/linshu4969 |
| 128 | linshusheng1 | https://www.ebay.com/str/linshusheng1 |
| 129 | lucyhouse20 | https://www.ebay.com/str/lucyhouse20 |
| 130 | marvelouspace | https://www.ebay.com/str/marvelouspace |
| 131 | motorbay | https://www.ebay.com/str/motorbay |
| 132 | mufend_46 | https://www.ebay.com/usr/mufend_46 |
| 133 | Muhan Store (muhammadu31) | https://www.ebay.com/str/muhanstore |
| 134 | NAN-AUTOPARTS (nan556228) | https://www.ebay.com/str/nanautoparts |
| 135 | navyyrsf | https://www.ebay.com/str/navyyrsf |
| 136 | OLYTOPAUTOS (fulan-autoly) | https://www.ebay.com/str/olytopautos |
| 137 | parautoecommerce | https://www.ebay.com/str/performanceautoracing |
| 138 | ParrotFriendP.F (parrotfriend) | https://www.ebay.com/str/parrotfriendpf |
| 139 | Part Pulse Garage (partpulsegarage) | https://www.ebay.com/str/atj3387 |
| 140 | pat-auto-parts | https://www.ebay.com/str/patautoparts |
| 141 | Perfect-SellerService (perfect-sellerservice) | https://www.ebay.com/str/perfectsellerservice |
| 142 | Performanceparts_Zone (performanceparts_zone) | https://www.ebay.com/str/performancepartszone |
| 143 | plantcareful | https://www.ebay.com/str/plantcareful |
| 144 | power_3880 (power_-3880) | https://www.ebay.com/str/power3880 |
| 145 | power_motor_parts01 | https://www.ebay.com/str/powermotorparts01 |
| 146 | power_motor_parts03 | https://www.ebay.com/str/powermotorparts03 |
| 147 | power_motor_parts04 | https://www.ebay.com/str/powermotorparts04 |
| 148 | power_motor_parts05 | https://www.ebay.com/str/powermotorparts05 |
| 149 | powerautohome | https://www.ebay.com/str/powerautohome |
| 150 | Prime Parts Mall (primepartsmall) | https://www.ebay.com/str/primepartsmall |
| 151 | pspumppro | https://www.ebay.com/str/pspumppro |
| 152 | pu4088361 | https://www.ebay.com/usr/pu4088361 |
| 153 | qipeixiaodian | https://www.ebay.com/str/qipeixiaodian |
| 154 | qqquickstar | https://www.ebay.com/str/qqquickstar |
| 155 | racing_motorparts | https://www.ebay.com/str/racingmotorparts |
| 156 | Rcars Auto Parts (rcars-auto-parts) | https://www.ebay.com/str/rcarsautoparts |
| 157 | ReFit (refitauto) | https://www.ebay.com/str/refit |
| 158 | refitting-auto-part | https://www.ebay.com/str/refittingautopart |
| 159 | RoadAutoSupplies (roadautosupplies) | https://www.ebay.com/str/ssb1184 |
| 160 | roadbost | https://www.ebay.com/str/starbestmoto |
| 161 | roadsongpart | https://www.ebay.com/str/roadsongpart |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 162 | saikendeuk (saikende-uk) | https://www.ebay.com/str/saikendeuk |
| 163 | satrpatrs | https://www.ebay.com/str/satrpatrs |
| 164 | scdegr_2 | https://www.ebay.com/str/scdegr2 |
| 165 | SCITOO-AutoParts (scitoo-autoparts) | https://www.ebay.com/str/cnbatteries |
| 166 | sedaacvn | https://www.ebay.com/str/sedaacvn |
| 167 | SINOELECT-PREMIUM-AUTO (sinoelect-premium-auto) | https://www.ebay.com/str/sinoelectpremiumauto |
| 168 | skd-autoparts | https://www.ebay.com/str/skdautoparts |
| 169 | skydreaming | https://www.ebay.com/str/skydreaming |
| 170 | snadaoteckk | https://www.ebay.com/str/snadaoteckk |
| 171 | Snadaoteckk (snadaoteckk) | https://www.ebay.com/str/snadaoteckk |
| 172 | South_autoparts76 (south_autoparts) | https://www.ebay.com/str/southautoparts76 |
| 173 | sparespot | https://www.ebay.com/str/sparespot |
| 174 | SpeedParts-X (vaw-30) | https://www.ebay.com/str/speedpartsx |
| 175 | SpeedWing Auto (autospeed0127) | https://www.ebay.com/str/speedwingauto |
| 176 | speedy-auto08 | https://www.ebay.com/str/speedyauto08 |
| 177 | Standard_autoparts (standard_autoparts) | https://www.ebay.com/str/standardpartsauto |
| 178 | Stylish Auto Depot (best-autoparts9) | https://www.ebay.com/str/stylishautodepot |
| 179 | super2017-parts | https://www.ebay.com/str/super2017parts |
| 180 | superplaza-02 | https://www.ebay.com/str/superplaza02 |
| 181 | Suspensionmasters (suspensionmasters) | https://www.ebay.com/str/suspensionmaster |
| 182 | tools-gatherca | https://www.ebay.com/str/toolsgatherca |
| 183 | TopAutoTurning (topautoturning) | https://www.ebay.com/str/topautoturning |
| 184 | top-car-auxito (topcarparts_aux) | https://www.ebay.com/str/topcarauxito |
| 185 | Topcn-AutoParts (topcn-autoparts) | https://www.ebay.com/str/topcnautoparts |
| 186 | topjlstore | https://www.ebay.com/str/jinglai |
| 187 | Trust Auto Parts-1 (uspartshub) | https://www.ebay.com/str/trustautoparts1 |
| 188 | Tune-Auto (tune-auto) | https://www.ebay.com/str/tuneauto |
| 189 | tuning_race_hero | https://www.ebay.com/str/precisionautolabs |
| 190 | turbobay7 | https://www.ebay.com/str/turbobay7 |
| 191 | VEHICULOS Official Store (vehiculos-official-store) | https://www.ebay.com/str/intent76 |
| 192 | vrp-performance | https://www.ebay.com/str/vrpperformance |
| 193 | WanasignAuto (wanasignAuto) | https://www.ebay.com/str/wanasignauto |
| 194 | wansgoo | https://www.ebay.com/str/wansgoo |
| 195 | wenxi-auto | https://www.ebay.com/str/wenxiauto |
| 196 | Ws Engine Repair Auto Parts (wsenginerepairautoparts) | https://www.ebay.com/str/wsenginerepairautoparts |

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 197 | Ws Performance Parts Racing (wsperformancepartsracing) | https://www.ebay.com/str/wsperformancepartsracing |
| 198 | wsdm_autoparts | https://www.ebay.com/str/wsdmautoparts |
| 199 | x-autohaux (x-autohaux_us) | https://www.ebay.com/str/xautohaux |
| 200 | ybb-autoparts | https://www.ebay.com/str/ybbautoparts |
| 201 | YEHERIT AUTO (yeherit) | https://www.ebay.com/str/yeheritauto |
| 202 | yibei-tech | https://www.ebay.com/str/yibeitech |
| 203 | YIDEZU (yidezu) | https://www.ebay.com/str/yidezu |
| 204 | yunmaoe7 | https://www.ebay.com/str/yunmaoe7 |
| 205 | POLARPRA-US | https://www.walmart.com/reviews/seller/101485754 |